UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JENNA GRAZIANO, *individually and on*
*behalf of other similarly situated individuals*,

                    Plaintiff,           **ORDER**

v.

                                     20-cv-05049 (PMH)

KOHL'S DEPARTMENT STORES, INC. and
KOHL's CORPORATION,

                    Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On July 1, 2020, Plaintiff commenced this action. (Doc. 1). By letter dated August 4,

2020, Defendants requested a pre-motion conference in anticipation of moving to dismiss

Plaintiff's Complaint, or, alternatively, moving to transfer the case to the Eastern District of

Wisconsin, Milwaukee Division because it is similar to a case pending in that district. (Doc. 6;

*see also Collins v. Kohl's Department Stores, Inc*., No. 2:18-cv-00962-JPS (E.D. Wis.)). By

letter dated August 7, 2020, Plaintiff opposed Defendant's pre-motion conference letter.

The Court held a telephonic pre-motion conference on August 25, 2020. During the

conference, the parties consented to transferring this case to the Eastern District of Wisconsin,

Milwaukee Division.

Accordingly, pursuant to 28 U.S.C. § 1404(a), the Clerk of Court is instructed to transfer

this case to the Eastern District of Wisconsin, Milwaukee Division, and terminate this action.

                                         **SO ORDERED:**

Dated:  New York, New York
        August 25, 2020

                                   _____
                                   Philip M. Halpern, U.S.D.J.

1